**\*E-FILED ON 12/13/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO CECENA and MARIA CECENA, | No. C05-03178 JF (HRL) |
| Plaintiffs, v. | **ORDER FOLLOWING *IN CAMERA* REVIEW** |
| ALLSTATE INSURANCE COMPANY and DOES 1-100, | |
| Defendants. | |

On November 9, 2006, this court ordered Allstate to submit the performance evaluations of its employee, Steve Bryan, for an *in camera* review. Having completed its review of the submitted documents, this court concludes that none of the evaluations need be produced. The documents will be returned to defense counsel.

Dated:   December 13, 2006

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-3178 Notice will be electronically mailed to:**

Michael A. Barnes  mbarnes@sonnenschein.com, msaplala@sonnenschein.com

Sonia Renee Martin  smartin@sonnenschein.com, clakes@sonnenschein.com; msaplala@sonnenschein.com

John A. Shepardson  johnshepardson@hotmail.com

Jessica Lou Woelfel  jwoelfel@sonnenschein.com, ddonner@sonnenschein.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.