**LAW OFFICES OF
JOHN A. SHEPARDSON
59 N. Santa Cruz Ave, Ste. Q
Los Gatos, CA 95030
Tel (408) 395-3701
Fax (408) 395-0112**

12/8/06

Hon. Jeremy Fogel
U.S. District Court
280 S. First St.
San Jose, CA 95113

<u>**Via Fax Only (No Cover)**</u>
408-535-5163

<u>**Re: Cecena v. Allstate; Case No. C 05-03178 JF**</u>

Dear Judge Fogel:

Plaintiffs wish to proceed with expert depositions that the parties were in the process of scheduling for this month, and which may yield evidence to support their case. Allstate is refusing to allow them to proceed on the premise that your in-court comments that the existing trial deadlines are off, as meaning that expert discovery stops. I have engaged in a live meet and confer with Allstate's counsel, Mr. Michael Barnes. We agreed I would send this letter to you requesting clarification on this matter.

Thank you your attention to this matter.

Yours truly,

John A. Shepardson, Esq.

Jas; mtw

Mr. Michael Barnes (415) 882-0300