**LAW OFFICES OF
JOHN A. SHEPARDSON
59 N. Santa Cruz Ave, Ste. Q
Los Gatos, CA 95030
Tel (408) 395-3701
Fax (408) 395-0112**

12/8/06

Michael Barnes
SONNENSCHEIN NATH & ROSENTHAL
685 Market St.
6th Floor
San Francisco, CA 94105

<u>Via Fax Only (No Cover)</u>
(415) 882-0300

<u>Re: Cecena v. Allstate</u>

Dear Michael:

In light of the court's written order, it is now clear to Plaintiffs that expert discovery was not precluded by the court, and if anything, encouraged, so that Plaintiffs have ample opportunity to present their case before the next hearing. We will proceed with the depositions as noticed.

Thank you for your attention to this matter.

Yours truly,

John A. Shepardson, Esq.

Cc: Hon. Jeremy Fogel (408) 535-5163

JAS; mtw