1

2                                                                      **E-Filed 12/15/06**

3

4

5

6

7                                        NOT FOR CITATION

8                     **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                      **SAN JOSE DIVISION**

11

12   EDUARDO CECENA, et al.,                    Case Number C 05-3178 JF (HRL)

13                          Plaintiffs,          ORDER[1] RE PARTIES' DISCOVERY
                                                 DISPUTE REFERENCED IN
14              v.                               CORRESPONDENCE OF 12/8/06

15   ALLSTATE INSURANCE CO., et al.,

16                          Defendants.

17

18

19          On December 8, 2006, the Court received two letters from Plaintiffs' counsel, John

20   Shepardson, neither of which was filed, and a letter from Defendants' counsel, Michael Barnes,

21   which was filed.  The Clerk of the Court SHALL FILE the two letters from Mr. Shepardson, and

22   Mr. Shepardson is directed to file any further correspondence with the Court.

23          It is apparent from the subject correspondence that a dispute has arisen as to whether

24   Plaintiffs should be permitted to take expert discovery pending disposition of Defendants'

25   pending motion for summary judgment.  The Court's order of December 8, 2006 did not address

26   expert discovery and did not impose any restrictions on discovery.  If Defendants wish to seek a

27   _____

28          [1] This disposition is not designated for publication and may not be cited.

Case No. C 05-3178 JF (HRL)
ORDER RE PARTIES' DISCOVERY DISPUTE REFERENCED IN CORRESPONDENCE OF 12/8/06
(JFLC2)

1  discovery stay or a protective order, Defendants shall make an appropriate application before

2  Magistrate Judge Lloyd.

3

4  DATED:  12/15/06

5  _____
   JEREMY FOGEL
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This Order was served on the following persons:

2

3    Michael A. Barnes     mbarnes@sonnenschein.com, msaplala@sonnenschein.com

4    Sonia Renee Martin     smartin@sonnenschein.com, clakes@sonnenschein.com; ;
     msaplala@sonnenschein.com

5
     John A. Shepardson     johnshepardson@hotmail.com
6
     Jessica Lou Woelfel     jwoelfel@sonnenschein.com, ddonner@sonnenschein.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-3178 JF (HRL)
ORDER RE PARTIES' DISCOVERY DISPUTE REFERENCED IN CORRESPONDENCE OF 12/8/06
(JFLC2)