**\*E-FILED ON 12/18/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO CECENA and MARIA CECENA,<br><br>          Plaintiffs,<br>     v.<br><br>ALLSTATE INSURANCE COMPANY and<br>DOES 1-100,<br><br>          Defendants. | No. C05-03178 JF (HRL)<br><br>**ORDER GRANTING PLAINTIFFS' THIRD MOTION FOR AN ORDER SHORTENING TIME**<br><br>**[Docket No. 113]** |

      On December 11, 2006, this court granted plaintiffs' first motion for an order shortening time on their first "Motion for Sanctions." Later that same day, plaintiffs filed a second motion for sanctions, along with another motion for an expedited briefing and hearing schedule. This court expressed some concern that plaintiffs did not raise the issues discussed in their second motion in an efficient manner. Nevertheless, in view of certain impending summary judgment deadlines, it again made an effort to accommodate plaintiffs' request to have both motions briefed and heard on shortened time. Accordingly, on December 12, 2006, this court vacated its previous briefing and hearing schedule, reset all briefing deadlines, and specially set plaintiffs' motion for a hearing on December 21, 2006.

      Shortly thereafter, on December 14, 2006 (the eve of Allstate's deadline to file its opposition to the first two motions), plaintiffs filed the third in a series of motions seeking

sanctions in connection with this court's November 9, 2006 discovery orders, along with a request that the motion be briefed and heard on shortened time.

Plaintiffs' pattern of piecemeal filings has not been conducive to efficient motions practice. Nevertheless, Allstate has filed an opposition which addresses all three motions, and the court agrees that, in the interests of efficiency, all three sanctions motions should be heard at the same time. Accordingly, plaintiffs' third motion for an order shortening time is GRANTED as follows:

1. Plaintiffs shall file their reply by **5:00 p.m. on December 18, 2006** (the current deadline for their reply on the first two sanctions motions).

2. All three of plaintiffs' sanctions motions will be heard on December 21, 2006, 10:00 a.m. in Courtroom 2. If upon review of the parties' papers, the court determines that the motions appropriately may be deemed submitted without oral argument, it will so notify the parties in advance of the hearing.

Dated:   December 18, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-3178 Notice will be electronically mailed to:**

Michael A. Barnes  mbarnes@sonnenschein.com, msaplala@sonnenschein.com

Sonia Renee Martin  smartin@sonnenschein.com, clakes@sonnenschein.com; msaplala@sonnenschein.com

John A. Shepardson  johnshepardson@hotmail.com

Jessica Lou Woelfel  jwoelfel@sonnenschein.com, ddonner@sonnenschein.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.