**\*E-FILED ON 12/22/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO CECENA and MARIA CECENA, | No. C05-03178 JF (HRL) |
| Plaintiffs, | |
| v. | **INTERIM ORDER RE REQUESTS FOR SEALING** |
| ALLSTATE INSURANCE COMPANY and DOES 1-100, | |
| Defendants. | |

On December 21, 2006, this court held an expedited hearing on plaintiffs' three motions for sanctions against defendant Allstate Insurance Company ("Allstate"). In the course of briefing those motions, the parties requested that certain documents should be sealed. Plaintiffs' counsel has e-filed several documents which Allstate says comprise its confidential information. He has also submitted a host of other documents with the apparent intent that they be sealed in their entirety.

Although the court recognizes that this matter was briefed on an expedited schedule, neither party appears to have followed Civil Local Rule 79-5, which governs requests to have documents filed under seal. Additionally, it does not appear that sealing is warranted as to all documents. For instance, some of the submitted exhibits appear to be copies of court orders and other publicly available material. Nevertheless, pursuant to Civil Local Rule 79-5, **and no**

1 **later than December 29, 2006**, a party who claims that any of the submitted material is
2 confidential shall (1) specifically identify each document for which sealing is requested; and (2)
3 file declaration(s) from competent person(s) establishing that sealing is, in fact, warranted as to
4 each particular document.
5      IT IS SO ORDERED.
6 Dated:   December 22, 2006

                                         HOWARD R. LLOYD
                                         UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:05-cv-3178 Notice will be electronically mailed to:**

Michael A. Barnes mbarnes@sonnenschein.com, msaplala@sonnenschein.com

Sonia Renee Martin smartin@sonnenschein.com, clakes@sonnenschein.com; msaplala@sonnenschein.com

John A. Shepardson johnshepardson@hotmail.com

Jessica Lou Woelfel jwoelfel@sonnenschein.com, ddonner@sonnenschein.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.