**\*E-FILED ON 12/22/06\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO CECENA and MARIA CECENA,<br><br>    Plaintiffs,<br>  v.<br><br>ALLSTATE INSURANCE COMPANY and<br>DOES 1-100,<br><br>    Defendants._____/ | No. C05-03178 JF (HRL)<br><br>**ORDER RE ALLSTATE'S APPLICATION FOR POST-ARGUMENT BRIEFING** |

On December 21, 2006, this court held an expedited hearing on plaintiffs' three motions for sanctions against defendant Allstate Insurance Company ("Allstate"). On December 22, 2006, Allstate filed a proposed post-argument brief addressing two issues discussed at oral argument. It requests that the court consider its supplemental brief before ruling on the sanctions motions. Insofar as it may be helpful to this court's determination of the matters before it, this court will accept Allstate's post-argument brief. Plaintiffs may, if they wish, submit a supplemental reply (not to exceed two pages). Any such reply shall be filed no later than **December 26, 2006**.

IT IS SO ORDERED.

Dated:    December 22, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-3178 Notice will be electronically mailed to:**

Michael A. Barnes  mbarnes@sonnenschein.com, msaplala@sonnenschein.com

Sonia Renee Martin  smartin@sonnenschein.com, clakes@sonnenschein.com; msaplala@sonnenschein.com

John A. Shepardson  johnshepardson@hotmail.com

Jessica Lou Woelfel  jwoelfel@sonnenschein.com, ddonner@sonnenschein.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

United States District Court
For the Northern District of California