**United States District Court**
For the Northern District of California

*E-FILED ON 1/10/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDUARDO CECENA and MARIA CECENA,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY and DOES 1-100,

Defendants.

No. C05-03178 JF (HRL)

**ORDER GRANTING IN PART AND DENYING IN PART REQUESTS FOR SEALING**

Presently before this court is the Declaration of John Barrett submitted by Allstate in support of its request that certain documents be filed under seal. Having reviewed Mr. Barrett's declaration and the referenced documents, the court issues the following order:

1. Allstate's request to seal Exhibit 6 (pages AS05201-AS05217) to Mr. Shepardson's Declaration (Docket No. 99) is GRANTED. These pages, which were publicly e-filed, shall be expunged by the Clerk of the Court. The remainder of this exhibit includes various meet/confer correspondence between plaintiffs' counsel and defense counsel. Insofar as the letters do not appear to be confidential and no one contends that they should be sealed, they shall remain in the court's public file.

2. Allstate's request to seal Exhibit 3 (AS04458) to Mr. Shepardson's Declaration (Docket No. 109) is GRANTED. The existing Exhibit 3, which was publicly e-filed, shall be

1  expunged by the Clerk of the Court.

2      3.    Allstate's request to seal Exhibits 4 and 9 to Shepardson Declaration (Docket
3  No. 115) is GRANTED.

4      4.    Insofar as the following documents appear to have been obtained from a publicly
5  available source, Allstate's request to seal Exhibits 8, 10 and 11 to Mr. Shepardson's
6  Declaration (Docket No. 115) is DENIED.  The court will hold the submitted exhibits for three
7  (court) days from the date of this order for the submitting party (plaintiffs) to retrieve them; and,
8  if they are not retrieved, then the court will dispose of them.  See CIV. L.R. 79-5(e).

9      5.    Allstate's request to seal pages AS05218-5239, AS05270-AS05275, AS05279
10  and AS05240-5269 attached to Mr. Shepardson's Declaration (Docket No. 127) is GRANTED.
11  The remainder of this exhibit includes correspondence between plaintiffs' counsel and defense
12  counsel which does not appear to be confidential and which no one contends should be sealed.
13  Similarly, no one claims that the unredacted version of Mr. Shepardson's declaration should be
14  sealed, and this court finds no basis to do so.  Accordingly, the unredacted declaration and the
15  referenced letter will be placed in the court's public file.

16      6.    Insofar as the following materials appear to be public documents or documents
17  which no party claims is confidential, they will be placed in the court's public files:   Exhibits
18  1-3 and 5-7 to Mr. Shepardson's Declaration (Docket No. 115).  Additionally, no one claims
19  that the unredacted version of Mr. Shepardson's declaration should be sealed, and this court
20  finds no basis to do so.  Accordingly, the unredacted version of Mr. Shepardson's declaration
21  will also be placed in the court's public files.

22      IT IS SO ORDERED.

23  Dated:   January 10, 2007

24  _____
25  HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

**5:05-cv-3178 Notice will be electronically mailed to:**

Michael A. Barnes  mbarnes@sonnenschein.com, msaplala@sonnenschein.com

Sonia Renee Martin  smartin@sonnenschein.com, clakes@sonnenschein.com; msaplala@sonnenschein.com

John A. Shepardson  johnshepardson@hotmail.com

Jessica Lou Woelfel  jwoelfel@sonnenschein.com, ddonner@sonnenschein.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.