JOHN A. SHEPARDSON, ESQ.     SBN 129081          .**8/28/07
59 N. Santa Cruz Ave., Suite Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112

Attorney for Plaintiffs,
EDUARDO CECENA, MARIA CECENA

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT, SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO CECENA, et al., | CASE NO.   5:05-CV-03178-JF |
| Plaintiffs, | APPLICATION TO CHANGE TRIAL DATE AND DECLARATION OF JOHN A. SHEPARDSON IN SUPPORT TO CHANGE TRIAL DATE CURRENTLY SET FOR APRIL 11, 2008 |
| v. | |
| ALLSTATE INSURANCE COMPANY, MICHAEL ROMERO, and DOES 1-100, inclusive, | Judge:  Honorable Jeremy Fogel |
| Defendants. | |

I, John A. Shepardson, declare:

1.     I have personal knowledge of the following facts and circumstances, and would and could competently testify thereto, if called as a witness.

2.     I am the attorney of record for Plaintiffs Eduardo and Maria Cecena.

3.     I am a licensed attorney admitted to practice before this court.

4.     I apologize to the Court, I erred and failed to inform my Trial Setting Conference representative, Attorney Gary Rose, that a case of mine was set for Trial in the Santa Cruz County Superior Court for April 14, 2008.  The setting was

after the filing of the Case Statement in this case.

5.      I and defense counsel, Michael Barnes have agreed by Stipulation to continue the Trial date to <u>May 16, 2008</u>.  Attached hereto and marked Exhibit 1, as a true copy thereof.

6.  I ask the Court to reset the Trial date to May 16, 2008, or to another mutually acceptable date.

I declare under penalty of perjury under the laws of the State of California that foregoing is true and correct.


Dated:  August 10, 2007

JOHN A. SHEPARDSON, Attorney
For Plaintiffs, EDUARDO CECENA and
MARIA CECENA

1   JOHN A. SHEPARDSON, ESQ.     SBN 129081
    59 N. Santa Cruz Avenue, Suite Q
2   Los Gatos, CA 95030
3   Tele: (408) 395-3701
    Fax : (408) 395-0112
4
    Attorney for Plaintiffs,
5   EDUARDO CECENA, MARIA CECENA

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT, SAN JOSE DIVISION
                                      CV-05-3178-JF
10  EDUARDO CECENA, MARIA        )    CASE NO. CU-05-00019
11  CECENA,                      )
                                 )    STIPULATION TO CONTINUE
12            Plaintiffs,        )    TRIAL DATE
                                 )
13  v.                           )    Judge:  Honorable Jeremy Fogel
                                 )
14  ALLSTATE INSURANCE COMPANY,  )
15  MICHAEL ROMERO, and Does 1-100, )
    inclusive,                   )
16                               )
17            Defendants.        )
                                 /
18
19      The parties hereby stipulate to continue the Trial date from April 11, 2008

20  to May 16, 2008.  Said parties respectfully request that the court to issue an order in

21  conformance with said stipulation.

22  DATED: 8/10/7          _____
23                         MICHAEL BARNES, Attorney for
                           Defendant, ALLSTATE INS. CO.
24
    DATED: 8/2/07          _____
25                         JOHN A. SHEPARDSON, Attorney for
                           Plaintiffs, EDUARDO & MARIA CECENA
26
27      IT IS SO ORDERED.

28  DATED: 8/27/07          _____
                            HON. JEREMY FOGEL

    Stipulation                  1              Case No. CU-05-00

EXHIBIT