\*\*E-Filed 8/30/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO CECENA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case Number C 05-03178 JF<br><br>ORDER[1] GRANTING LEAVE TO FILE A THIRD AMENDED COMPLAINT<br><br>[re: docket no. 158] |

Plaintiffs Eduardo Cecena and Maria Cecena move for leave to file an third amended complaint. Specifically, Plaintiffs now seek leave to add causes of action for fraud and violation of Business and Professional Code 17200 based upon alleged concealment or mischaracterization of benefits by Defendants Allstate Insurance Company ("Allstate"). Allstate does not oppose the motion. Accordingly, Plaintiffs' unopposed motion to seek leave to file a third amended complaint is granted.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-03178 JF
ORDER GRANTING LEAVE TO FILE A THIRD AMENDED COMPLAINT
(JFLC3)

1   IT IS SO ORDERED.

2

3   DATED:  August 30, 2007

    _____
4                                   JEREMY FOGEL
                                    United States District Judge

5

6

7

...

28

2

Case No. C 05-03178 JF
ORDER GRANTING LEAVE TO FILE A THIRD AMENDED COMPLAINT
(JFLC3)

1   This Order has been served upon the following persons:

2

3   Michael A. Barnes     mbarnes@sonnenschein.com, msaplala@sonnenschein.com

4   Sonia Renee Martin    smartin@sonnenschein.com, clakes@sonnenschein.com;
                          msaplala@sonnenschein.com
5

6   John A. Shepardson    johnshepardson@hotmail.com

7   Jessica Lou Woelfel    jwoelfel@sonnenschein.com

8

9   John Arthur Shepardson
    Attorney at Law
10  59 N. Santa Cruz Avenue
    Suite Q
11  Los Gatos, CA    95070

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-03178 JF
ORDER GRANTING LEAVE TO FILE A THIRD AMENDED COMPLAINT
(JFLC3)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Case No. C 05-03178 JF
ORDER GRANTING LEAVE TO FILE A THIRD AMENDED COMPLAINT
(JFLC3)