| | |
|---|---|
| 1 | JOHN A. SHEPARDSON (State Bar No. 129081) |
| 2 | 59 N. Santa Cruz Ave., Suite Q<br>Los Gatos, California 95030 |
| 3 | Telephone: (408) 395-3701<br>Facsimile: (408) 395-0112 |
| 4 | Email: johnshepardson@hotmail.com |

Attorney for Plaintiffs
EDUARDO CECENA AND MARIA CECENA

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
JESSICA WOELFEL (State Bar No. 226939)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email:  mbarnes@sonnenschein.com
        smartin@sonnenschein.com
        jwoelfel@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

*efiled 2/26/08

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDUARDO CECENA, MARIA CECENA<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, MICHAEL ROMERO and DOES 1-100, inclusive,<br><br>Defendants. | CASE No. C 05-03178 JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRETRIAL CONFERENCE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

-1-

CASE NO. C 05-03178 JF

STIPULATION AND [PROPOSED] ORDER
CONTINUING PRETRIAL CONFERENCE

| | |
|---|---|
| 1 | WHEREAS the pretrial conference is currently scheduled to take place on April 4, 2008 at 11:00 a.m.; |
| 3 | WHEREAS the pretrial conference date of April 4, 2008 was based upon a trial date of April 11, 2008; |
| 5 | WHEREAS, pursuant to stipulation by counsel, the trial date was continued from April 11, 2008 to May 16, 2008; |
| 7 | WHEREAS lead trial counsel for Allstate is scheduled to be out of the state on April 4, 2008, the date of the scheduled pretrial conference; |
| 9 | NOW, THEREFORE, IT IS AGREED AND STIPULATED THAT the pretrial conference, currently scheduled for April 4, 2008, be continued to May 2, 2008 at 11:00 a.m. |
| 11 | IT IS SO STIPULATED. |

Dated: February 2 /, 2008              LAW OFFICE OF JOHN SHEPARDSON

                                       By: /s/ _____
                                           JOHN A. SHEPARDSON

                                       Attorney for Plaintiffs
                                       EDUARDO CECENA and MARIA CECENA


Dated: February 21, 2008               SONNENSCHEIN NATH & ROSENTHAL LLP

                                       By: /s/ _____
                                           MICHAEL BARNES

                                       Attorneys for Defendant
                                       ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 882-5000

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that the pretrial conference, currently scheduled for April 4, 2008, be continued to May 2, 2008 at 11:00 a.m.

Dated: 2/22/08

_____
Hon. Jeremy Fogel
United States District Judge

CASE NO. C 05-03178 JF

STIPULATION AND [PROPOSED] ORDER
CONTINUING PRETRIAL CONFERENCE